MSS MEISTER SEELIG & SCHUSTER

Alexander Malbin, Esq.
Counsel
arm@mss-pllc.com
Tel: (212) 655-3540

August 31, 2026

**LETTER-MOTION – FILED VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

**Re: *Brandon Wade Photography, LLC v. The Arena Group Holdings, Inc.***
**Civil Action No. 1:26-cv-05946-KPF**
**Letter-Motion for Extension of Time to Respond to Complaint & Adjournment of Initial Pretrial Conference**

Dear Judge Failla,

We represent Defendant The Arena Group Holdings, Inc. ("Arena"), in the above-referenced action. With the consent of counsel for the Plaintiff in this action, Brandon Wade Photography, LLC ("Plaintiff"), and of co-Defendant ABG-SI LLC ("ABG-SI," and together with Arena, "Defendants") we write to respectfully request [i] an extension of time for each of Arena and ABG-SI to file their answers or responses to Plaintiff's Complaint, which are each currently due to be filed on or before September 14, 2026 (*see* Dkt. 10-11); and [ii] adjournment of the Initial Pretrial Conference in this action, which is currently scheduled to be held before Your Honor on September 18, 2026 (*see* Dkt. 9).

The basis for this request is to allow Defendants additional time to investigate the allegations in Plaintiff's Complaint and fully consider viable bases upon which to respond to the Complaint, and for the parties to consider and discuss whether a prompt resolution of this matter may be reached prior to any Court appearance and thus without having to make use of the Court's time and resources.

Defendants respectfully request that their respective deadlines to answer or respond to Plaintiff's Complaint each be extended for thirty (30) days, setting the deadline for each of Arena and ABG-SI to file their answer or response to the Complaint as October 14, 2026.

With respect to adjournment of the Initial Pretrial Conference, counsel for both Arena and Plaintiff would be available on any of October 16, 23, or 30, 2026, and so would respectfully propose that the Initial Pretrial Conference be adjourned to any of those dates, or to any such date otherwise as would be most convenient for the Court.

This is Defendants' first request for an extension of time to answer or respond to Plaintiff's Complaint, and the parties' first request for an adjournment of the Initial Pretrial Conference. Plaintiff, through counsel, has consented to this request. The parties have no appearance before the court currently scheduled other than the Initial Pretrial Conference that is the subject of this adjournment request.

Thank you for your time and consideration.

Very truly yours,

**MEISTER SEELIG & SCHUSTER PLLC**

By: ___________________________
Alexander Malbin, Esq.
*Counsel for Defendant,*
*The Arena Group Holdings, Inc.*

Application GRANTED. Defendants shall answer or otherwise respond to the complaint on or before **October 14, 2026.**

Further, the initial pretrial conference currently scheduled for September 18, 2026, shall be ADJOURNED to **October 23, 2026**, at **10:00 a.m.** The conference will be held telephonically. At the scheduled date and time, the parties are to call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated: August 31, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE